**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark David Brown, | No. CV-21-00050-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Peter Basznianyn, et al., | |
| Defendants. | |

The Court denies the Plaintiff's motion to strike, which asks the Court to allow further discovery prior to ruling on the Defendants' Motion for Summary Judgment/ Motion for Partial Summary Judgement. The Court grant's the Plaintiff's request to file the video recordings.

For all the reasons explained in the Court's Orders (Docs. 40, 38), the Court finds that the dispositive motion is fully briefed and ripe for consideration by this Court.

This Court has repeatedly explained that discovery is closed in this case; discovery ended April 1, 2022. The Court has delayed resolution of the pending dispositive motion, which is ripe, to afford the Plaintiff an opportunity to review video recordings relied on by witnesses, who filed affidavits supporting Defendants' requested summary judgment. On June 24, 2022, the Plaintiff was given one last opportunity to view the videos, which he was sent twice and, again, a third time with a copy of the Bosch software to open and view it. (Order (Doc. 40); Ds' Response (Doc. 43). Plaintiff, who had already filed a Response to the Defendants' dispositive motion, was also given an opportunity amend his response

to the dispositive motion but only as related to the videos provided on the thumb drive. The deadline for amendment was July 13, 2022.

On August 15, 2022, the Plaintiff filed an Amended Statement of Facts (Doc. 45); a motion to strike (Doc. 46) which seeks further discovery, and a motion to allow him to file video recordings (Doc. 47). The Court grants the Plaintiff leave to file the Amended Statement of Facts, which was due July 13, 2022, denies any further discovery, and grants Plaintiff leave to file the video recordings on the thumb drive. On June 28, 2022, Plaintiff filed a Notice to file Exhibits 1 and 2 Flash Drive. If the videos he seeks to file in support of the Amended Statement of Facts is different from Exhibits 1 and 2 noticed on June 28, 2022, the Plaintiff shall file them with the Clerk of the Court.

**Accordingly,**

**IT IS ORDERED** that the Motion to Strike (Doc. 46) is DENIED.

**IT IS FURTHER ORDERED** that the Motion to Allow Video Recordings (Doc. 47) is GRANTED.

**IT IS FURTHER ORDERED** that the dispositive motion (Doc. 29) is fully briefed and ready for disposition by the Court; there shall be no Supplemental Reply without leave of the Court.

Dated this 25th day of August, 2022.

Honorable David C. Bury
United States District Judge